UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | C.A. NO. 1:25-cv-00002-YK |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant QuoteWizard.com LLC ("QuoteWizard" or "Defendant") by and through the undersigned counsel, respectfully moves the Court unopposed for an Order extending the time within which Defendant may respond to the Complaint filed in this action to February 4, 2025. In support of this motion, QuoteWizard states as follows:

1. On January 2, 2025, Plaintiff Leon Weingrad filed the Complaint for this action.

2. On January 2, 2025, Defendant QuoteWizard was served with the Complaint.

3. Presently, pursuant to Fed. R. Civ. P. 12(a)(1), QuoteWizard has until January 23, 2025 to file a responsive pleading.

4. QuoteWizard has not previously requested any extension of time of the deadline to respond to the Complaint, and the time to file a response to the Complaint has not yet expired.

5. QuoteWizard requests a twelve-day extension of time to file a responsive pleading because counsel for QuoteWizard is in the process of gathering information to file a responsive pleading.

6. Plaintiff assented to QuoteWizard's request for a twelve-day extension to respond to the Complaint.

7. Accordingly, as an extension of time would not prejudice the Plaintiff, QuoteWizard has shown good cause to extend the time within which it may serve a response to the Complaint, to and including February 4, 2025.

8. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, QuoteWizard, respectfully requests that the Court order that the time within which QuoteWizard may serve a response to the Complaint be extended, to and including February 4, 2025. A proposed order is attached.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Elyse Cohen*
Elyse N. Cohen (PA Bar Id. No. 320787)
Elyse.Cohen@nelsonmullins.com
Kevin Polansky (*Pro Hac Vice* forthcoming)
kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
(610) 943-5354

*Counsel for Defendant QuoteWizard.com LLC*

**CERTIFICATE OF SERVICE**

I, Elyse N. Cohen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: January 17, 2025                                                                 */s/ Elyse N. Cohen*

**CERTIFICATE OF CONCURRENCE**

Pursuant to Local Rule 7.1, I hereby certify that Plaintiff's concurrence for the relief sought from this Motion was requested on January 17 2025. Plaintiff assented to Defendant's request for an extension of time to respond to the Complaint.

Dated: January 17, 2025                                                                 */s/ Elyse N. Cohen*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | C.A. NO. 1:25-cv-00002-YK |

## **ORDER**

AND NOW, this _____ day of _____ , 2025, pursuant to the Motion of Defendant QuoteWizard.com, LLC for an extension of time, IT IS HEREBY ORDERED that Defendant QuoteWizard.com, LLC shall have an extension of time up to and including February 4, 2025 to answer or otherwise respond to Plaintiff's Complaint.

BY THE COURT:

Yvette Kane
United States District Judge