UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation )
)
)
)          C.A. NO. 1:25-cv-00002-YK
Plaintiff,          )
)
v.          )
)
QUOTEWIZARD.COM, LLC          )
)
Defendant.          )

**<u>ORDER</u>**

AND NOW, this _____ day of _____ , 2025, pursuant to the Motion of Defendant QuoteWizard.com, LLC for an extension of time, IT IS HEREBY ORDERED that Defendant QuoteWizard.com, LLC shall have an extension of time up to and including February 4, 2025 to answer or otherwise respond to Plaintiff's Complaint.

BY THE COURT:

_____
Yvette Kane
United States District Judge