## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | C.A. NO. 1:25-cv-00002-YK<br><br>Judge: Hon. Jennifer P. Wilson |

## DEFENDANT QUOTEWIZARD.COM, LLC'S MOTION TO STAY DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26, Defendant QuoteWizard.Com, LLC ("QuoteWizard") hereby moves to stay discovery. QuoteWizard incorporates by reference its Brief in Support of its Motion as if fully stated herein.

4905-9717-7366 v.1

Dated: February 4, 2025

Respectfully submitted,
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

*/s/ Elyse N. Cohen*
Elyse Cohen (PA Bar Id. No. 320787)
Elyse.Cohen@nelsonmullins.com
Kevin Polansky (*Pro Hac Vice* forthcoming)
kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
(610) 943-5354

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated:     February 4, 2025                                             */s/ Elyse Cohen*

4905-9717-7366 v.1