UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | C.A. NO. 1:25-cv-00002-YK<br>Judge: Hon. Jennifer P. Wilson<br><br>**PROPOSED ORDER** |

Upon consideration of Defendant QuoteWizard.Com, LLC's Motion to Stay, and any response thereto and for good cause shown, it is, this _____ day of _____, 2025, hereby

**ORDERED** that said motion is **GRANTED**.

It is **FURTHER ORDERED** that discovery shall be stayed pending a ruling on QuoteWizard's Motion to Compel Arbitration

BY THE COURT:

_____
Jennifer P. Wilson
United States District Judge

4906-7326-8502 v.1