# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | C.A. NO. 1:25-cv-00002-YK<br><br>Judge: Hon. Jennifer P. Wilson |

## DEFENDANT QUOTEWIZARD.COM, LLC'S MOTION TO BIFURCATE DISCOVERY

Pursuant to Federal Rule of Civil Procedure 16, Defendant QuoteWizard.Com, LLC ("QuoteWizard") hereby moves to bifurcate discovery. QuoteWizard incorporates by reference its Brief in Support of its Motion as if fully stated herein.

4924-5780-8918 v.1

Dated: February 4, 2025					Respectfully submitted,
						**NELSON MULLINS RILEY &**
						**SCARBOROUGH, LLP**

						*/s/ Elyse N. Cohen*
						Elyse Cohen (PA Bar Id. No. 320787)
						Elyse.Cohen@nelsonmullins.com
						Kevin Polansky (*Pro Hac Vice* forthcoming)
						kevin.polansky@nelsonmullins.com
						Nelson Mullins Riley & Scarborough LLP
						1000 Westlakes Drive, Suite 275
						Berwyn, PA 19312
						(610) 943-5354

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated:	February 4, 2025					*/s/ Elyse Cohen*

4924-5780-8918 v.1