UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | C.A. NO. 1:25-cv-00002-YK<br>Judge: Hon. Jennifer P. Wilson<br><br>**PROPOSED ORDER** |

Upon consideration of Defendant QuoteWizard.Com, LLC's Motion to Bifurcate Discovery, and any response thereto and for good cause shown, it is, this _____ day of _____, 2025, hereby

**ORDERED** that said motion is **GRANTED**.

It is **FURTHER ORDERED** that discovery shall be bifurcated into three separate phases as follows:

1. Discovery shall be first conducted as to Plaintiff's individual claims;

2. Discovery shall next be conducted as to the propriety of class certification in this matter; and

3. If any class is certified, discovery shall be conducted as to the merits for the class.

4907-6553-8326 v.2

BY THE COURT:

_____
Jennifer P. Wilson
United States District Judge

4907-6553-8326 v.2