# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, | )<br>)<br>)<br>)<br>) |
| **Plaintiff(s),** | ) |
| v. | ) |
| QUOTEWIZARD.COM, LLC, | ) Civil Action No. 1:25-cv-00002-YK |
| **Defendant(s)/**<br>**Third-Party Plaintiff(s),** | )<br>) |
| v. | ) |
|  , | ) |
| **Third-Party Defendant(s).** | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
(type of party)
who is Quotewizard.com, LLC, makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☑ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

LendingTree, LLC

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

Quotewizard.com, LLC is a wholly owned subsidiary of LendingTree, LLC, a publicly-traded corporation. There are no entities that own 10% or more interest in LendingTree, LLC.

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Elyse Cohen
Signature of Counsel for Party

Date: 2/4/2025