# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, | Civil No. 1:25-CV-00002 |
| Plaintiff, | |
| v. | |
| QUOTEWIZARD.COM. LLC, | |
| Defendant. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of February, 2025, following review of Defendant's motions to stay discovery and bifurcate discovery, Docs. 6 & 7, **IT IS ORDERED THAT** the motion to stay discovery, Doc. 6, and the motion to bifurcate discovery, Doc. 7, are **DENIED WITHOUT PREJUDICE** pending resolution of Defendant's motion to compel arbitration, Doc. 5. If this case remains pending following the resolution of the motion to compel arbitration, the court will schedule a case management conference during which discovery deadlines and Defendant's request to bifurcate discovery can be addressed.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania