IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | Case No. 1:25-cv-00002-JPW |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, Leon Weingrad, with the consent of Defendant QuoteWizard.com, LLC requests that he receive an extension of time to March 5, 2025 in order to oppose Defendant's Motion to Compel Arbitration (ECF No. 5, 11). This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations.

RESPECTFULLY SUBMITTED AND DATED this February 10, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
M.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this February 10, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, I hereby certify that Defendant's concurrence for the relief sought from this Motion was requested and granted on February 10 2025. Defendant assented to Plaintiff's request for an extension of time to respond to the Complaint.

DATED this February 10, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.