**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, <br><br>　　　　　Plaintiff<br><br>vs.<br><br>QUOTEWIZARD.COM, LLC<br><br>　　　　　Defendant. | Case No.  1:25-cv-00002-JPW |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

　　　AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintff's Unopposed Motion for Extension of Time to oppose the Defendant's Motion to Compel Arbitration, it is ORDERED that the motion is GRANTED. Plaintiff shall have until March 5, 2025 in order to oppose Defendant's Motion to Compel Arbitration (ECF No. 5, 11).

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jennifer P. Wilson, J.