Kevin P. Polansky Bar Admissions

| Name of Court | Admission Date | Bar # |
|---|---|---|
| State of Connecticut | 01/07/2013 | 434359 |
| State of Massachusetts | 11/30/2006 | 667229 |
| State of New Hampshire | 12/03/2013 | 265419 |
| State of Maine | 01/04/2015 | 5516 |
| U.S. District Court for the District of Massachusetts | 12/13/2007 | 667229 |
| U.S. Bankruptcy Court of Massachusetts | 11/26/2008 | 667229 |
| U.S. District Court for the District of Connecticut | 01/09/2012 | CT28806 |
| U.S. District Court for the District of New Hampshire | 12./03/2013 | 265419 |
| U.S. Court of Appeals for the First Circuit | 09/20/2012 | 1137108 |
| U.S. Court of Appeals for the Second Circuit | 09/09/2011 | N/A |