IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | Case No. 1:25-cv-00002-JPW |

**ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

AND NOW, this 11th day of February, 2025, upon consideration of the Plaintff's Unopposed Motion for Extension of Time to oppose the Defendant's Motion to Compel Arbitration, it is ORDERED that the motion is GRANTED. Plaintiff shall have until March 5, 2025 in order to oppose Defendant's Motion to Compel Arbitration (ECF No. 5, 11).

S/Jennifer P. Wilson
Hon. Jennifer P. Wilson,
U.S. District Judge