## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>QUOTEWIZARD.COM, LLC<br><br>      Defendant. | Case No.  1:25-cv-00002-JPW |

## [PROPOSED ORDER]

## DENYING MOTION TO COMPEL ARBITRATION

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant QuoteWizard.com, LLC's Motion to Compel Arbitration (ECF No. 5, 11) is hereby DENIED.

                                                                                *BY THE COURT:*

                                                                                _____
                                                                                Hon. Jennifer P. Wilson, J.