UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation<br>　　　　　　Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br>　　　　　　Defendant. | CIVIL ACTION NO. 1:25-cv-00002-YK |

**NOTICE OF APPEARANCE**

TO THE CLERK:

　　Please enter my appearance on behalf of Defendant Quotewizard.com, LLC in the above-captioned matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**NELSON MULLINS RILEY
　　　　　　　　　　　　　　　　& SCARBOROUGH LLP**

　　　　　　　　　　　　　　　　*/s/ Cara L. Brack*
　　　　　　　　　　　　　　　　Cara L. Brack, Esquire (PA Bar Id. No. 330369)
　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough LLP
　　　　　　　　　　　　　　　　One PPG Place, Suite 3200
　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　(412) 730-3264
　　　　　　　　　　　　　　　　cara.brack@nelsonmullins.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant,
　　　　　　　　　　　　　　　　Quotewizard.com, LLC*

Date:  August 7, 2025

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of my Notice of Appearance has been forwarded to all known counsel of record via E-filing electronic service in accordance with the Federal Rules of Civil Procedure on this 7th day of August, 2025.

**NELSON MULLINS RILEY
& SCARBOROUGH LLP**

*/s/ Cara L. Brack*
Cara L. Brack, Esquire (PA Bar Id. No. 330369)
Nelson Mullins Riley & Scarborough LLP
One PPG Place, Suite 3200
Pittsburgh, PA 15222
(412) 730-3264
cara.brack@nelsonmullins.com

*Attorneys for Defendant,*
*Quotewizard.com, LLC*