UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation<br>　　　　　Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br>　　　　　Defendant. | CIVIL ACTION NO. 1:25-cv-00002-YK |

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw my appearance on behalf of Defendant Quotewizard.com, LLC in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**NELSON MULLINS RILEY
　　　　　　　　　　　　　　　　　　& SCARBOROUGH LLP**

　　　　　　　　　　　　　　　　　　*/s/ Elyse Cohen*
　　　　　　　　　　　　　　　　　　Elyse N. Cohen (PA Bar Id. No. 320787)
　　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough LLP
　　　　　　　　　　　　　　　　　　1000 Westlakes Drive, Suite 275
　　　　　　　　　　　　　　　　　　Berwyn, PA 19312
　　　　　　　　　　　　　　　　　　(610) 943-5354
　　　　　　　　　　　　　　　　　　Elyse.Cohen@nelsonmullins.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　Quotewizard.com, LLC*

Date:  August 7, 2025

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of my Praecipe for Withdrawal of Appearance has been forwarded to all known counsel of record via E-filing electronic service in accordance with the Federal Rules of Civil Procedure on this 7th day of August, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Elyse Cohen*
Elyse N. Cohen (PA Bar Id. No. 320787)
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
(610) 943-5354
Elyse.Cohen@nelsonmullins.com

*Attorneys for Defendant,*
*Quotewizard.com, LLC*