UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | C.A. NO. 1:25-cv-00002-JPW<br>Judge: Hon. Jennifer P. Wilson |

**JOINT MOTION FOR MODIFICATION**
**OF THIS COURT'S JULY 1, 2025 ORDER**

Plaintiff, Leon Weingrad ("Plaintiff"), and Defendant QuoteWizard.Com, LLC ("QuoteWizard") (collectively referred to herein as the "Parties"), hereby respectfully request that this Honorable Court modify its July 1, 2025 Order requiring QuoteWizard to file a renewed motion to compel arbitration by September 29, 2025.[1] *See* ECF No. 18. The Parties request that the current deadline for QuoteWizard to file its renewed motion to compel arbitration be extended to November 28, 2025.

---

[1] The July 1, 2025 Order contains a typo and lists September 29, 2024 as the deadline to file a renewed motion to compel arbitration. The Parties believe this was a typo as the deadline predates the filing of this lawsuit.

Since the Court's entry of its July 1, 2025 Order, the Parties have continued to actively participate in discovery. On July 12, 2025, Plaintiff served Interrogatories, Requests for Production of Documents, and Requests for Admissions upon QuoteWizard. On July 14, 2025, QuoteWizard served Interrogatories and Requests for Production on Plaintiff. On August 11, 2025, QuoteWizard responded to Plaintiff's discovery requests. On August 13, 2025, Plaintiff provided written responses to QuoteWizard's discovery requests. Plaintiff is still working to produce documents responsive to QuoteWizard's Requests for Production of Documents.

On August 26, 2025, QuoteWizard issued subpoenas for AT&T, Comcast Cable Communications, LLC, Exact Care Pharmacy, LLC, and Smartmatch Insurance Agency, LLC. On September 8, 2025, QuoteWizard issued a subpoena for Nayatel (Pvt) Ltd. On September 11, 2025, the Parties held a meet and confer regarding discovery, in which QuoteWizard raised issues regarding the sufficiency of Plaintiff's discovery responses. Plaintiff has also requested a meet and confer regarding QuoteWizard's discovery responses, which will take place at a future date. In light of the September 11, 2025, meet and confer, the Parties plan to submit a joint discovery dispute letter which will require additional time to be heard before this Court and to obtain any additional discovery this Court believes is warranted. Further, QuoteWizard and Plaintiff are currently in the process of scheduling

depositions for Plaintiff and QuoteWizard's employee Brock Thompson. The Parties believe that Plaintiff's document production and the third-party discovery will assist the parties in determining the arbitrability of Plaintiff's claims.

The Parties respectfully submit that good cause exists for the modification of the July 1, 2025 Order as the parties are still actively engage in discovery.  The Parties have conferred and are supportive of the modifications requested in this Motion. No undue delay will be caused by the modification to the Court's July 1, 2025 Order.

WHEREFORE, the Parties respectfully request this Court to modify the Court's July 1, 2025 order as requested above.

Respectfully Submitted,

By: /s/Cara Brack
    Cara Brack, Esq.
    Bar Number 330369
    Cara.brack@nelsonmullins.com
    Kevin Polansky (*Pro Hac Vice*)
    kevin.polansky@nelsonmullins.com
    Nelson Mullins Riley &
    Scarborough LLP
    One PPG Place, Suite 3200
    Pittsburg, PA 15222
    (412) 730-3264

    *Attorneys for Defendant,*
    *QuoteWizard.com, LLC*

By: /s/Andrew Roman Perron
    Andrew Roman Perrong, Esq.
    Bar Number 333687
    a@perronglaw.com
    Perrong Law LLC
    2657 Mount Carmel Avenue
    Glenside, Pennsylvania 19038
    Phone: (215) 225-5529
    Facsimile: (888) 329-0305

    *Attorney for Plaintiff,*
    *Leon Weingrad*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and correct copy of this document has been forward to all known counsel of record via E-Filing electronic service in accordance with the Federal Rules of Civil Procedure on this 16th day of September, 2025.

>                                           */s/ Cara Brack*
>                                           Cara Brack