UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br><br>Defendant. | C.A. NO. 1:25-cv-00002-JPW<br>Judge: Hon. Jennifer P. Wilson |

## [PROPOSED] ORDER

AND NOW this _____ day of _____, 2025, upon consideration of the foregoing Joint Motion for Modification of this Court's July 1, 2025 Order, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. QuoteWizard shall file its renewed motion to compel arbitration on or before November 28, 2025.

BY THE COURT:

_____
Hon. Jennifer P. Wilson
United States District Judge