UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on
behalf of a class of all persons and
entities similarly situation                )   C.A. NO. 1:25-cv-00002-JPW
                                            )   Judge: Hon. Jennifer P. Wilson
            Plaintiff,                      )

v.                                          )

QUOTEWIZARD.COM, LLC                        )

            Defendant.                      )

## ORDER

AND NOW this 17th day of September, 2025, upon consideration of the foregoing Joint Motion for Modification of this Court's July 1, 2025 Order, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. QuoteWizard shall file its renewed motion to compel arbitration on or before November 28, 2025.

BY THE COURT:

    s/ Jennifer P.Wilson
Hon. Jennifer P. Wilson
United States District Judge