IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>QUOTEWIZARD.COM, LLC<br><br>    Defendant. | Case No.  1:25-cv-00002-JPW |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate and agree that the claims asserted between the Parties in the above-styled and -numbered action shall be dismissed with prejudice. This stipulation shall only apply to Plaintiff's claims and shall not affect claims that any member or plaintiff in a putative class action may have against Defendant.

By: */s/Cara Brack*
 Cara Brack, Esq.
 Bar Number 330369
 Cara.brack@nelsonmullins.com
 Kevin Polansky (*Pro Hac Vice*)
 kevin.polansky@nelsonmullins.com
 Nelson Mullins Riley &
 Scarborough LLP
 One PPG Place, Suite 3200
 Pittsburg, PA 15222
 (412) 730-3264

*Attorneys for Defendant,*
*QuoteWizard.com, LLC*

By: */s/Andrew Roman Perron*
 Andrew Roman Perrong, Esq.
 Bar Number 333687
 a@perronglaw.com
 Perrong Law LLC
 2657 Mount Carmel Avenue
 Glenside, Pennsylvania 19038
 Phone: (215) 225-5529
 Facsimile: (888) 329-0305

*Attorney for Plaintiff,*
*Leon Weingrad*